IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA )
        Plaintiff, )
)
v. ) NO. 4:98CR00130-02
)
)
GUY LUCIEN GILL )
        Defendant. )

## TAXATION OF COST

Pursuant to the United States of America's Application for Bill of Cost allowed by 28 U.S.C. § 1920(1) costs are hereby taxed in the following amount and included in the judgment:

Amount Taxed       $103.93

Dated this 30th day of June, 2005

_____
United States District Judge